[No. 10792-5-I.   Division One.   March 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BONNIE
COREEN HERRON, ET AL, *Defendants,* WILLIAM
HOWARD DENNY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-01878-1, Jerome M. Johnson, J., entered
September 24, 1981. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Andersen, C.J., and Durham, J.

[No. 4792-0-III.   Division Three.   March 15, 1983.]

AJAX, INC., *Respondent,* v. INLAND METAL
FABRICATORS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80-2-00521-6, Richard G. Patrick, J.,
entered September 14, 1981. *Affirmed* by unpublished
opinion per Green, J., concurred in by Roe, C.J., and
Munson, J.

[No. 5061-1-III.   Division Three.   March 15, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY L.
WHEATON, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry
County, No. 6765, John J. Lally, J., entered January 27,
1981. *Affirmed* by unpublished opinion per Munson, A.C.J.,
concurred in by Green and McInturff, JJ.

[No. 4813-6-III.   Division Three.   March 15, 1983.]

THURMAN C. MCGEE, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 25415, Richard G. Patrick, J., entered
October 12, 1981. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Roe, C.J., and Green, J.